# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America, | No. 4:19-CR-06061-SAB-1 |
| Plaintiff, | |
| v. | EXHIBIT 18 |
| Julio Leal Parra, | |
| Defendant. | |

Supplemental Briefing re: Defendant's
Motion for Detention Review –
Exhibits

Pg 43

**Form 1040**  Tax Return History Report - Page 1  **2018**

Name: JULIO C LEAL PARRA                        Taxpayer Identification Number: ***-**-2921

| Filing Status | 2014 MFJ | 2015 MFJ | 2016 MFJ | 2017 MFS | 2018 MFS | 2019 Projected MFS |
|---|---|---|---|---|---|---|
| Salaries and wages | | | | | | |
| Interest income | | | | | 6,870 | 6,870 |
| Dividend income | | | | | | |
| Business income/loss | 16,231 | 56,716 | 5,894 | | | |
| Capital gains/losses | -3,000 | -3,000 | -3,000 | -1,500 | -1,500 | -1,500 |
| Other gains/losses | | | | | | |
| IRA distributions, pensions, annuities | | | | | | |
| Rent, royalty, farm rental income | 7,445 | 11,804 | 12,430 | 15,794 | | |
| Partnership/S corp income | | | -31,150 | 10,432 | 32,566 | 32,566 |
| Estate or trust income | | | | | | |
| Farm income/loss | | | | | | |
| Other income/loss | | | | -13,243 | -358 | -358 |
| Total income | 20,676 | 65,520 | -15,826 | 11,483 | 37,578 | 37,578 |
| Total adjustments | | 9,823 | 417 | 737 | 2,301 | 2,301 |
| Adjusted gross income | 19,529 | 55,697 | -16,243 | 10,746 | 35,277 | 35,277 |
| Allowable itemized deductions | | 1,076 | | 12,604 | 966 | 966 |
| Standard deduction | 12,400 | 12,600 | 12,600 | 6,350 | 12,000 | 12,200 |
| Itemized or standard deduction taken | 12,400 | 12,600 | 12,600 | 12,604 | 12,000 | 12,200 |
| Exemptions | 15,800 | 16,000 | 24,300 | 20,250 | | |
| Taxable income before Qual Bus Inc Ded | | 27,097 | | | 23,277 | 23,077 |
| Qual Bus Inc Ded (plus DPAD) | | | | | | |
| Taxable income | | 27,097 | | | 23,277 | 23,077 |

* The amounts in the projected column generate from the federal Tax Projection Worksheet (TPW) and this field is included in the total Schedule E income/loss amount on the TPW.

**Total income**

Bar chart showing Total income from 2014 to 2019 (Projected), with values ranging from -$32,000 to $64,000.

**Itemized or standard deduction taken**

Bar chart showing Itemized or standard deduction taken from 2014 to 2019 (Projected), with values ranging from $11,800 to $12,700.

**Adjusted gross income**

Bar chart showing Adjusted gross income from 2014 to 2019 (Projected), with values ranging from -$27,000 to $54,000.

**Taxable income**

Bar chart showing Taxable income from 2014 to 2019 (Projected), with values ranging from $0 to $33,000.

Pg 44

| Form 1040 | Tax Return History Report - Page 2 | | | | 2018 |
|---|---|---|---|---|---|
| Name: JULIO C LEAL PARRA | | | Taxpayer Identification Number | | ***-**-2921 |
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 Projected |
| Taxable income | | 27,097 | | | 23,277 | 23,077 |
| Tax on taxable income and Form 8962 | | 3,139 | | | 2,603 | 2,575 |
| Alternative minimum tax | | | | | | |
| Total credits | 1,813 | 2,000 | | | 2,603 | 2,575 |
| Net tax liability | -1,813 | 1,139 | | | 4,601 | 4,601 |
| Self-employment taxes | 2,993 | 8,629 | 833 | 1,474 | 2,085 | |
| Other taxes | | | | | | |
| Total tax | 1,180 | 9,768 | 833 | 1,474 | 6,686 | 4,601 |
| Income tax withheld | 400 | | | | | |
| Estimated tax payments | | | | | | |
| Other payments | 400 | | | 1,004 | 2,397 | 925 |
| Total payments | 780 | 9,768 | 833 | 1,004 | 2,397 | 925 |
| Total due/-refund | | -467 | 274 | 470 | 4,289 | 3,676 |
| Penalties and interest | | | | 9 | 264 | |
| Net tax due/-refund | 780 | 9,301 | 1,107 | 479 | 4,553 | 3,676 |
| Refund applied to estimated tax payments | | | | | | |
| Refund received | | | | | | |
| Marginal tax rate | % | 15.0% | 10.0% | 10.0% | 12.0% | 12.0% |
| Effective tax rate | % | 36.0% | % | % | 29.0% | 20.0% |

